IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-CV-23845-FAM

ALFREDO PUMARIEGA,

    Plaintiff

v.

AKAL SECURITY, INC.,

    Defendant.

_____

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Akal Security, Inc. ("Defendant"), pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and asserts as follows:

1. Defendant's parent corporation is KIIT Company, a Nevada Corporation, which owns one-hundred percent (100%) of Akal Security, Inc., a New Mexico corporation.

2. Coastal International Security, Inc., a South Carolina corporation, is an affiliated company of KIIT Company.

3. Defendant states that no publicly held corporations own 10% or more of its stock.

DATED this 14th day of November 2019.   Respectfully submitted,

        **LITTLER MENDELSON, P.C.**
        Wells Fargo Center
        333 S.E. 2nd Avenue, Suite 2700
        Miami, Florida 33131-1804
        Tel: (305) 400-7500
        Fax: (305) 603-2552

By: */s/ Aaron Reed*
      Aaron Reed
      Florida Bar No. 0557153

       E-mail: *areed@littler.com*

       Kurt Peterson (*pro hac vice* motion to be filed)
       Georgia Bar No. 574408
       **LITTLER MENDELSON, P.C.**
       3344 Peachtree Road, N.E., Suite 1500
       Atlanta, Georgia  30326
       Tel: (404) 760-3910
       Fax: (404) 233-2361
       E-mail: *kpeterson@littler.com*

       Counsel for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of November 2019, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

       */s/ Aaron Reed*
       Aaron Reed

## SERVICE LIST

**PLAINTIFF'S COUNSEL:**

Richard E. Johnson
Law Office of Richard E. Johnson
314 West Jefferson Street
Tallahassee, Florida 32301
E-mail: *richard@nettally.com*
***Via CM/ECF and E-mail***

John Griffin, Jr.
Marek, Griffin, & Knaupp
203 North Liberty Street
Victoria, Texas 77901
E-mail: *jwg@lawmgk.com*
***Via CM/ECF and E-mail***

Katherine L. Butler
Butler & Harris
1007 Heights Boulevard
Houston, Texas 77008
E-mail: *kathy@butlerharris.com*
***Via CM/ECF and E-mail***

4812-7646-5837.1 051010.1315