UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  1:19-CV-23845

ALFREDO PUMARIEGA,

      Plaintiff,

v.

AKAL SECURITY, INC.,

      Defendant.

_____/

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Alfredo Pumariega stipulates and agrees to the dismissal of this case against Defendant Akal Security, Inc. ("Akal"), *with prejudice*, with Plaintiff and Akal bearing their own attorneys' fees and costs.

SO STIPULATED this 24th day of April, 2020.

Dated: April 24th, 2020.

Respectfully submitted,

MAREK, GRIFFIN, & KNAUPP
203 N. Liberty St.
Victoria, Texas 77901
Tel: 361.573.5500
Fax: 361.573.5040

By:  */s/ John Griffin , Jr.*
John Griffin, Jr.
Texas Bar No. 08460300
E-Mail: jwg@lawmgk.com

Katherine L. Butler
Texas Bar No. 03526300
Email: kathy@butlerharris.com
BUTLER & HARRIS
1007 Heights Blvd.

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel:  (305) 400-7500
Fax: (305) 603-2552

By:  */s/ Aaron Reed*
Aaron Reed
Florida Bar No. 0557153
E-mail: areed@littler.com

Kurt Peterson
LITTLER MENDELSON. P.C.
3424 Peachtree Rd., NE, Suite 1200
Atlanta, Georgia 303026

Houston, Texas 77008                          Tel: 404.760.3910
Tel: 713.526.5677                             Fax: 404.233.2361
Fax: 888.370.5038
                                              Counsel for Defendant
Richard E. Johnson
Florida Bar No. 858323
Email: richard@nettally.com
LAW OFFICE OF RICHARD E. JOHNSON
314 West Jefferson St.
Tallahassee, Florida 32301
Tel: 850.425.1997

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of April, 2020, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record or pro se parties identified on the

attached Service List in a manner specified, either via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other authorized manner for those counsel or parties who are

not authorized to receive electronically Notices of Electronic Filing.


/s/ *Aaron Reed*
Aaron Reed

<u>**SERVICE LIST**</u>

John Griffin, Jr.
E-Mail: jwg@lawmgk.com

Katherine L. Butler
Email: kathy@butlerharris.com

Richard E. Johnson
Email: richard@nettally.com

***Counsel for Plaintiff***